**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  CLOMMER HAWKINS,
10            Plaintiff,                    No. C 06-02183 JSW
11     v.
12  ALAMEDA CONTRA COSTA TRANSIT            **ORDER REFERRING MATTER**
    DISTRICT,                               **TO MAGISTRATE JUDGE**
13                                          **JAMES FOR ALL PURPOSES**
            Defendant.
14  _____/
15        Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
16  matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further
17  proceedings.
18
19
20        **IT IS SO ORDERED.**
21
22  Dated: May 21, 2007                     _____
23                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
24
25
26  cc: Wings Hom
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

          Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT et al,

          Defendant.
_____/

Case Number: CV06-02183 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathleen Ann Wadhams
Alameda-Contra Costa Transit District
Office of the General Counsel
1600 Franklin Street
6th Floor
Oakland, CA 94612

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: May 21, 2007

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court
For the Northern District of California

United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

    v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT,

        Defendant.

_____/

No. C 06-02183 JSW

**ORDER REFERRING MATTER
TO MAGISTRATE JUDGE
JAMES FOR ALL PURPOSES**

Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this
matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further
proceedings.

    **IT IS SO ORDERED.**

Dated: May 21, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT et al,

        Defendant.
_____/

Case Number: CV06-02183 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathleen Ann Wadhams
Alameda-Contra Costa Transit District
Office of the General Counsel
1600 Franklin Street
6th Floor
Oakland, CA 94612

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: May 21, 2007

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

    v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT,

        Defendant.
_____/

No. C 06-02183 JSW

**ORDER REFERRING MATTER
TO MAGISTRATE JUDGE
JAMES FOR ALL PURPOSES**

      Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings.

      **IT IS SO ORDERED.**

Dated: May 21, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

          Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT et al,

          Defendant.

_____/

Case Number: CV06-02183 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathleen Ann Wadhams
Alameda-Contra Costa Transit District
Office of the General Counsel
1600 Franklin Street
6th Floor
Oakland, CA 94612

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: May 21, 2007

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CLOMMER HAWKINS,

10            Plaintiff,                          No. C 06-02183 JSW

11      v.

12   ALAMEDA CONTRA COSTA TRANSIT           **ORDER REFERRING MATTER**
     DISTRICT,                              **TO MAGISTRATE JUDGE**
13                                          **JAMES FOR ALL PURPOSES**
              Defendant.
14   _____/

15         Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further

17   proceedings.

18

19

20         **IT IS SO ORDERED.**

21

22   Dated: May 21, 2007                    _____
                                            JEFFREY S. WHITE
23                                          UNITED STATES DISTRICT JUDGE

24

25

26   cc: Wings Hom
27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

    v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT et al,

        Defendant.

                             /

Case Number: CV06-02183 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

Cathleen Ann Wadhams
Alameda-Contra Costa Transit District
Office of the General Counsel
1600 Franklin Street
6th Floor
Oakland, CA 94612

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: May 21, 2007

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

    v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT,

        Defendant.

_____/

No. C 06-02183 JSW

**ORDER REFERRING MATTER
TO MAGISTRATE JUDGE
JAMES FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to Magistrate Judge Maria-Elena James for all further proceedings.

    **IT IS SO ORDERED.**

Dated: May 21, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT
DISTRICT et al,

        Defendant.

_____/

Case Number: CV06-02183 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

That on May 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

Cathleen Ann Wadhams
Alameda-Contra Costa Transit District
Office of the General Counsel
1600 Franklin Street
6th Floor
Oakland, CA 94612

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: May 21, 2007

*Jennifer Ottolini*

Richard W. Winking, Clerk
By: Jennifer Ottolini, Deputy Clerk