IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOMMER HAWKINS, | No. C-06-2183 MEJ |
| Plaintiff, | ORDER CORRECTING CASE NUMBER RE: NOTICE OF REFERRAL |
| vs. | |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT and Does 1-10, inclusive, | |
| Defendants. | |

In the filing of it's Notice of Referral, filed earlier today, June 6, 2007, the case number in the caption was mistakenly given as 06-4621 MEJ . The correct case number is No. C-06-2183 MEJ. The Court hereby correct it's earlier mistake.

**IT IS SO ORDERED.**

Dated: June 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge