IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOMMER HAWKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT and Does 1-10, inclusive,<br><br>　　　　Defendants.<br>_____/ | No. C-06-2183 MEJ<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

On June 6, 2007, this case was reassigned to the undersigned magistrate judge. Accordingly, the Court hereby ORDERS the parties to appear for a status conference on December 11, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint status statement by December 4, 2008..

**IT IS SO ORDERED.**

Dated: November 3, 2008

　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT DISTRICT et al,

        Defendant.

Case Number: CV06-02183 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: November 3, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2