IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOMMER HAWKINS, | No. C-06-2183 MEJ |
| Plaintiff, | |
| vs. | **ORDER VACATING STATUS CONFERENCE** |
| ALAMEDA-CONTRA COSTA TRANSIT DISTRICT and Does 1-10, inclusive, | **ORDER TO SHOW CAUSE** |
| Defendants. _____/ | |

On November 3, 2008, the Court ordered the parties to appear for a status conference on December 11, 2008, and to file a joint status statement by December 4, 2008. (Dkt. #36.) The Court is now in receipt of Defendant's separate statement, which details its unsuccessful attempt to submit a joint statement, despite repeated efforts to meet and confer with Plaintiff. The Court notes that Plaintiff's failure to comply with the November 3 Order is part of a pattern in which Plaintiff has failed to prosecute her case. (*See, e.g.,* Dkt. ## 10, 12, 17.) Accordingly, the Court hereby VACATES the December 11 Status Conference and ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and comply with this Court's orders. Plaintiff shall file a declaration by December 17, 2008. The Court shall then conduct an order to show cause hearing on January 8, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: December 4, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

v.

ALAMEDA CONTRA COSTA TRANSIT DISTRICT et al,

        Defendant.

Case Number: CV06-02183 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: December 4, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2