United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CLOMMER HAWKINS,                          No. C-06-2183 MEJ
12              Plaintiff,
                                               **ORDER DISMISSING CASE**
13     vs.
14   ALAMEDA-CONTRA COSTA TRANSIT
     DISTRICT and Does 1-10, inclusive,
15
16              Defendants.
                                         /
17
18        On November 3, 2008, the Court ordered the parties to appear for a status conference on

19   December 11, 2008, and to file a joint status statement by December 4, 2008.  (Dkt. #36.)  However,

20   on December 4, Defendant filed a separate statement, which details its unsuccessful attempts to

21   submit a joint statement, despite repeated efforts to meet and confer with Plaintiff.  As Plaintiff's

22   failure to comply with the November 3 Order is part of a pattern in which she has failed to prosecute

23   her case, (*see, e.g.,* Dkt. ## 10, 12, 17), the Court vacated the December 11 status conference and

24   ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and

25   comply with this Court's orders.  (Dkt. #38.)  The Court ordered Plaintiff to file a declaration by

26   December 17, 2008, and scheduled an order to show cause hearing on January 8, 2009.  (Dkt. #38.)

27        Plaintiff failed to file a declaration by the December 17 deadline, and has not filed any other

28   documents in this case since May 18, 2007.  Further, Plaintiff failed to appear at the January 8, 2009

1  Order to Show Cause Hearing.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the
2  above-titled action is hereby DISMISSED WITH PREJUDICE.
3       **IT IS SO ORDERED.**

5  Dated: January 8, 2009

      _____
      MARIA-ELENA JAMES
      United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLOMMER HAWKINS,

        Plaintiff,

  v.

ALAMEDA CONTRA COSTA TRANSIT DISTRICT et al,

        Defendant.
                               /

Case Number: CV06-02183 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clommer Hawkins
P.O. Box 1946
Oakland, CA 94604

Dated: January 8, 2009

                            Richard W. Wieking, Clerk
                            By: Brenda Tolbert, Deputy Clerk

3